IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| EDWARD JASPER CROUCH, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 4:04-cv-96 |
| JEFF ELLIOTT, *et al.*, | ) | |
| Defendants | ) | |

## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendants' motion for summary judgment [Court File #33] is GRANTED and this action DISMISSED.

**E N T E R :**

                                            *s/ James H. Jarvis*
                                 UNITED STATES DISTRICT JUDGE